# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Kevin Jones                                          Docket No. 5:12-CR-199-1BO

### Petition for Action on Probation

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Jones, who, upon an earlier plea of guilty to Purloining Monies of the United States, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 17, 2012, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 150 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall undergo placement in a community corrections center for a period of 30 days - to be served on weekends - as arranged by the probation office and shall abide by the conditions of that program during said placement.

3. The defendant shall pay a special assessment of $100.00 and restitution in the amount of $133,512.00.


   **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Due to the inability of the residential re-entry center to accommodate the defendant only on the weekends for 30 days, as an alternative and in order to accomplish a similar punishment as ordered by the court, it is recommended the defendant be placed in the home detention program, with electronic monitoring for a period of 30 consecutive days. This will still provide for a punitive sanction within the community while allowing the defendant to maintain employment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

   **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. In lieu of placement in a community corrections center, the defendant shall abide by all conditions and terms of the home detention program for a period of 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and

Kevin Jones
Docket No. 5:12-CR-199-1BO
Petition For Action
Page 2

scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: January 14, 2013

## ORDER OF COURT

Considered and ordered this 15 day of January, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge